IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD R. HUENE,

      Plaintiff,                         No. 2:11-cv-02110 JAM KJN PS

    v.

U.S. DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE; ANTHONY SHELLEY; and DOES I through X,

      Defendants.               ORDER

/

         On August 10, 2011, the above-captioned case and another case filed by plaintiff, No. 2:11-cv-02109 JAM KJN PS, were transferred to the Sacramento Division of this court from the Fresno Division of this court. (See Order, Aug. 10, 2011, 2:11-cv-02109 JAM KJN PS, Dkt. No. 7; Order, Aug. 10, 2011, 2:11-cv-02110 JAM KJN PS, Dkt. No. 2.) A review of the docket in the above-captioned case reveals that plaintiff failed to pay the required filing fee of $350 to initiate this civil action. See 28 U.S.C. § 1914(a). He also failed to file an application to proceed without the prepayment of fees, i.e., an application for leave to proceed in forma pauperis. See 28 U.S.C. § 1915. Accordingly, the undersigned orders plaintiff to file, within 21 days of the date of this order, the required filing fee or an application to proceed in forma pauperis. Plaintiff's failure to pay the filing fee or seek leave to proceed in forma pauperis will result in a

1

1 recommendation that plaintiff's case numbered 2:11-cv-02110 JAM KJN PS be dismissed and
2 closed.
3       For the foregoing reasons, IT IS HEREBY ORDERED that within 21 days of the
4 date of this order, plaintiff shall either pay the required $350 filing fee or file an application for
5 leave to proceed in forma pauperis.
6       IT IS SO ORDERED.
7 DATED: August 11, 2011

                        _____
                        KENDALL J. NEWMAN
                        UNITED STATES MAGISTRATE JUDGE