IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD R. HUENE, | | |
| Plaintiff, | No. 2:11-cv-02109 JAM KJN PS | |
| v. | | |
| U.S. DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, et al., | | |
| Defendants. | <u>ORDER</u> | |
| DONALD R. HUENE, | | |
| Plaintiff, | No. 2:11-cv-02110 JAM KJN PS | |
| v. | | |
| U.S. DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, et al., | | |
| Defendants. / | <u>ORDER</u> | |

A Status (Pretrial Scheduling) Conference is set to take place before the undersigned in each of the above-captioned cases on December 29, 2011. On December 22, 2011, the defendants in each case appeared in each action and moved the court for a continuance of the scheduling conferences in light of the parties' continued discussions aimed at resolving

these cases.[1]  Defendants represent that plaintiff joins in the requests for these continuances.

In light of the representations in the parties' joint request, IT IS HEREBY ORDERED that:

1.  The parties' motions for continuances of the Status (Pretrial Scheduling) Conferences in the cases numbered 2:11-cv-02109 JAM KJN PS and 2:11-cv-02110 JAM KJN PS are granted.

2.  The Status (Pretrial Scheduling) Conference in case number 2:11-cv-02109 JAM KJN PS is continued from December 29, 2011, to March 1, 2012, at 10:00 a.m. in Courtroom 25.[2]  The parties shall file status reports, or a joint status report if possible, no later than February 23, 2012.

3.  The Status (Pretrial Scheduling) Conference in case number 2:11-cv-02110 JAM KJN PS is continued from December 29, 2011, to March 1, 2012, at 10:00 a.m. in Courtroom 25.  The parties shall file status reports, or a joint status report if possible, no later than February 23, 2012.

4.  The Clerk of Court is directed to file this order in case number 2:11-cv-02109 JAM KJN PS and case number 2:11-cv-02110 JAM KJN PS.

IT IS SO ORDERED.

DATED: December 22, 2011

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This case proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

[2] Although the parties seek a continuance of the scheduling conferences to Monday, February 27, 2011, the undersigned's civil law and motion calendar takes place on Thursdays. Accordingly, the undersigned resets the scheduling conference for the first Thursday after the date requested by the parties.