1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD R. HUENE,

11        Plaintiff,                    No. 2:11-cv-02110 JAM KJN PS

12        v.

13   U.S. DEPARTMENT OF THE
     TREASURY, INTERNAL REVENUE
14   SERVICE; ANTHONY SHELLEY; and
     DOES I through X,

15
          Defendants.          ORDER
16   _____/

17        The court has resolved several pleadings-based motions filed by the defendants,

18   and, on July 23, 2012, plaintiff was given leave to file an amended complaint within 30 days of

19   that date.[1]  (Order, July 23, 2012, at 4, Dkt. No. 40.)  Because of the number of pleadings-based

20   motions filed in this case, the court enters this order to provide plaintiff with clarity about the

21   nature of the leave provided by the court.

22        In preparing his First Amended Complaint, plaintiff shall not name "Does I

23   through X" as defendants.  (Order, June 15, 2012, at 2, Dkt. No. 39.)  Additionally, in regards to

24   _____

25        [1]  This action proceeds before the undersigned pursuant to Eastern District of California
     Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  This case is related to, but not consolidated with,
     the matter of Huene v. U.S. Department of the Treasury, Internal Revenue Service, et al., No. 2:11-
26   cv-02109 JAM KJN PS (E.D. Cal.).

1

1  defendant Anthony Shelley, plaintiff has only been granted leave to allege claims pursuant to the

2  Federal Tort Claims Act, <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>,

3  403 U.S. 388 (1971), or both.  (Order, June 15, 2012, at 2, Dkt. No. 38.)  Finally, in regards to

4  defendant Internal Revenue Service, plaintiff may only allege a claim or claims premised on

5  violations of the Privacy Act, 5 U.S.C. § 552a(d)(1), and Internal Revenue Code § 6103(a), 26

6  U.S.C. § 6103(a).  (Order, July 23, 2012, at 4.)

7         IT IS SO ORDERED.

8  DATED:  July 24, 2012

9

10  _____
      KENDALL J. NEWMAN

11     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26