THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. HUENE,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE,<br><br>    Defendants. | Case No. 2:11-cv-2110 JAM-AC PS<br><br>**STIPULATION TO STAY PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS; ORDER THEREON** |

**STIPULATION TO STAY PROCEEDINGS**

The parties stipulate and request that this action be stayed in light of the lapse of appropriations to Federal agencies.

1.      At the end of the day on September 30, 2013, the Appropriations Act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the Federal defendants.  The Department does not know when funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys and employees of the Federal defendants are prohibited from working, even on a voluntary basis, except in very

1 limited circumstances, including "emergencies involving the safety of human life or the

2 protection of property."  31 U.S.C. § 1342.

3     3.    Plaintiff pro se stipulates to a stay under these circumstances.  (See Ex. A,

4 attached.)

5     4.    Government counsel will notify the Court as soon as Congress has appropriated

6 funds for the Department.  The parties request that, at that point, all current deadlines for the

7 parties be extended commensurate with the duration of the lapse of appropriations.

8     5.    The Government greatly regrets any disruption caused to the Court and to the

9 plaintiff.

Dated: October 4, 2013.

| /s/ Donald R. Huene by GAR | /s/ Gerald A. Role |
|---|---|
| DONALD R. HUENE | GERALD A. ROLE |
| 7429 N. Valentine | Trial Attorney, Tax Division |
| Fresno, California  93711 | U.S. Department of Justice |
| Telephone:  (559) 431-1639 | Post Office Box 227 |
| Email:  YosemF@aol.com | Washington, DC  20044 |
|  | Telephone:  (202) 307-0461 |
|  | Email:  gerald.a.role@usodj.gov |

Plaintiff *pro se*

**ORDER**

IT IS SO ORDERED. This matter is STAYED pending restoration of funding to the Department of Justice. When government counsel notifies the Court that funding has been restored, the Court will enter a new scheduling order, and set a hearing date for the pending cross-motions for summary judgment, now scheduled for October 9, 2013. The October 9, 2013 hearing is hereby vacated.

DATED: October 4, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;huen2110.stay.stip